**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SACCULLO BUSINESS CONSULTING, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>SENIOR HEALTH CARE SOLUTIONS, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:14-CV-1300<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 15th day of July, 2014, **IT IS HEREBY ORDERED** that Plaintiff Saccullo Business Consulting Company, LLC is given leave to file an amended complaint within twenty-one (21) days from the date of entry of this order. If Plaintiff fails to do so, the action will be dismissed.

                                                                 /s/ A. Richard Caputo
                                                                 A. Richard Caputo
                                                                 United States District Judge