**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SACCULLO BUSINESS CONSULTING, LLC,

    Plaintiff,

v.

SENIOR HEALTH CARE SOLUTIONS, LLC, et al.,

    Defendants.

CIVIL ACTION NO. 3:14-CV-1300

(JUDGE CAPUTO)

## ORDER

**NOW**, this  30th  day of September, 2014, **IT IS HEREBY ORDERED** that Plaintiff Saccullo Business Consulting Company, LLC is given leave to file an amended complaint within twenty-one (21) days from the date of entry of this order. If Plaintiff fails to do so, the action will be dismissed.

                              /s/ A Richard Caputo

                              A. Richard Caputo
                              United States District Judge